Mildred F. Halla, Appellee, v. Chicago Title and Trust Company, as Trustee Under Trust Number 33369, and Paul Schofield, Appellants.

Gen. No. 45,366.

Heth, Lister & Flynn, for appellants; Clarence F. Martin, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed June 29, 1951; rehearing denied September 12, 1951; released for publication September 12, 1951.